# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:02CR005094-001 |
| JAVIER RUIZ, JR ) | USM No: 60514-097 |
| ) | David Porter, Asst. Federal Defender |
| Date of Previous Judgment: 08/18/2004 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   108   months **is reduced to**   87 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33              Amended Offense Level:   31
Criminal History Category:   I            Criminal History Category:   I
Previous Guideline Range:   135  to  168  months   Amended Guideline Range:   108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   08/18/2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 22, 2008                          /s/ Lawrence J. O'Neill
                                                    Judge's signature

Effective Date:                                     Lawrence J. O'Neill, U.S. District Judge
       (if different from order date)                  Printed name and title